UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

AARON JERSHON PULLEY,

    Petitioner,

v.

KELLY ROWE,

    Respondent.

No. 5:23-CV-00175-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed without prejudice.

Dated October 6, 2023.

                                  JAMES WESLEY HENDRIX
                                  United States District Judge